**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6116**

WILLIE JOE WILLIAMS,

Plaintiff - Appellant,

versus

HUE BUTLER; GEDDES D. ANDERSON; JAMES T.
COURSEY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. David C. Norton, District Judge.
(6:05-cv-01072-DCN)

Submitted: March 23, 2006          Decided: March 31, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie Joe Williams, Appellant Pro Se. Donna Seegars Givens, WOODS
& GIVENS, LLP, Lexington, South Carolina; Geddes D. Anderson,
Greenwood, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie Joe Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant Williams's motion for leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>See</u> <u>Williams v. Butler</u>, No. 6:05-cv-01072-DCN (D.S.C. Jan. 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>